No. 4184.—Pueblo, apldo., *v.* Alvarez, aplte.—C. D. San Juan. Perjurio. Junio 23, 1930.

No. 4183.—Pueblo, apldo., *v.* Ríos, aplte.—C. D. Arecibo. Delito subsiguiente de hurto de menor ·cuantía. Junio 24, 1930.

No. 4178.—Pueblo, apldo., *v.* González et al., apltes.— C. D. Arecibo. Violación. Junio 24, 1930.

No. 4200.—Pueblo, apldo., *v.* Pimentel, aplte.—C. D. Humacao. Infracción Ley de Automóviles. Julio 7, 1930.

No. 4188.—Pueblo, apldo., *v.* Colón, aplte.—C. D. Ponce. Daños maliciosos. Julio 7, 1930.

No. 4189.—Pueblo, apldo., *v.* Carrero, aplte.—C. D. Mayagüez. Infracción artículo 291 del Código Penal. Julio 7, 1930.

No. 4191.—Pueblo, apldo., *v.* Vélez, aplte.—C. D. Mayagüez. Delito contra la salud. Julio 7, 1930.

No. 4165.—Pueblo, apldo., *v.* Ríos, aplte.—C. D. Arecibo. Abuso de confianza de mayor cuantía. Julio 14, 1930.

No. 4205.—Pueblo, apldo., *v.* Colón, aplte.—C. D. Ponce. Acometimiento y agresión con circunstancias agravantes. Julio 14, 1930.

No. 4212.—Pueblo, apldo., *v.* Fernández, aplte.—C. D. Humacao. Infracción Ley de Automóviles. Julio 21, 1930.

No. 4216.—Pueblo, apldo., *v.* Rodríguez, aplte.—C. D. Mayagüez. Ataque con intención de cometer homicidio. Julio 21, 1930.

No. 4220.—Pueblo, apldo., *v.* Rivera, aplte.—C. D. Humacao. Homicidio voluntario. Julio 21, 1930.

No. 4225.—Pueblo, apldo., *v.* Nazario, aplte.—C. D. Mayagüez. Seducción. Noviembre 3, 1930.

No. 4243.—Pueblo, apldo., *v.* García, etc., aplte.—C. D. Humacao. Delito subsiguiente de hurto menor. Noviembre 10, 1930.*

---

* Nota: El Juez Asociado Señor Texidor no intervino.